# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| NEIL ADAMS McGINNIS,<br>*Plaintiff*<br>v.<br>DONALD HOLBROOK, BERNARD WARNER, DR. JOHN EDWARDS, JOHN DOE and JANE DOE,<br>*Defendant* | Civil Action No.  4:15-CV-5072-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Report and Recommendation is ADOPTED.  The action is DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Report and Recommendation.


Date:  January 22, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen