UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEIL ADAMS McGINNIS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD HOLBROOK, BERNARD WARNER, DR. JOHN EDWARDS, JOHN DOE and JANE DOE,<br><br>　　　　　　　　Defendants. | NO: 4:15-CV-5072-TOR<br><br>ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT AND ORDER TO RE-DOCKET MOTION AS A NOTICE OF APPEAL |

By Order filed January 22, 2016 (ECF No. 23) the Court adopted the Magistrate Judge's Report and Recommendation in its entirety, denied Plaintiff's application to proceed *in forma pauperis* as precluded by 28 U.S.C. § 1915(g), and dismissed this action (ECF No. 23). The Court certified that any appeal of that dismissal would not be taken in good faith (ECF No. 23 at 3). Judgment was entered the same day (ECF No. 24) and the file was closed.

On February 4, 2016, Plaintiff submitted a document titled:

1  "MOTION FOR SUMMARY JUDGEMENT, **APPEAL AS OF RIGHT** INVOKING FEDERAL RULES OF CIVIL PROCEDURE
2  RULE 56(a)(c)(1),(2),(3),(4)(d)(e)(f)(g)(h) 2 USC SEC 1316a (3) REMEDIES; 2 USC SEC 1317 Prohibition of intimidation or reprisals
3  (a) (b); 28 USC SEC 2072 28 USC SEC 1915(g) Romandette v. Weetabix Co. (1986) 807 F2d 309 - Pro Se's best due diligence;
4  **FEDERAL RAP rule 4**"

5  ECF No. 25 (bold emphasis added).  This document was docketed as a Motion for

6  Summary Judgment and noted for hearing without oral argument on March 7,

7  2016.  It was considered without oral argument on the date signed below.

8       A Motion for Summary Judgment is not appropriate in this closed case.

9  Therefore, **IT IS ORDERED** Plaintiff's Motion for Summary Judgment is

10  **DENIED as moot.**

11       However, due to Mr. McGinnis' *pro se* status and to preserve any appellate

12  rights he may have been attempting to invoke, **IT IS ORDERED** that the Clerk of

13  Court shall re-docket the Motion (ECF No. 25) as a "Notice of Appeal" and

14  process it accordingly, as of the date it was originally filed, February 4, 2016.

15       **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

16  Order and forward a copy to Plaintiff. The district court file shall remain closed.

17       **DATED** February 29, 2016.

                                       *Thomas O. Rice*
                                  THOMAS O. RICE
                           Chief United States District Judge

ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT AND ORDER TO RE-DOCKET MOTION AS A NOTICE OF APPEAL -- 2